IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MED VISION, INC.,** *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. **3:15-CV-77-L** |
| **MEDIGAIN, LLC,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Defendant Butani Capital Investment Fund II, LLC's and Dinesh K. Butani's Unopposed Motion for Substitution of Counsel (Doc. 120), filed January 28, 2016. Defendants Butani Capital Investment Fund II, LLC and Dinesh K. Butani request leave of court to substitute  as their counsel of record Kristin A. Regel and The Law Offices of Kenneth G. Wincorn & Associates, P.C. for Jonathan R. Childers, Michael K. Hurst, Steven W. Hopkins, and the law firm of Gruber Hurst Elrod Johansen Hail Shank LLP.  On February 1, 2016, Magistrate Judge Paul D. Stickney entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") recommending that the motion be granted.  No objections to the Report were filed.

After reviewing the motion, file, Report, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court.  Accordingly, the court **grants** Defendant Butani Capital Investment Fund II, LLC's and Dinesh K. Butani's Unopposed Motion for Substitution of Counsel (Doc. 120) and **allows** Jonathan R. Childers, Michael K. Hurst, Steven W. Hopkins, and the law firm of Gruber Hurst Elrod Johansen Hail Shank LLP to **withdraw** as their counsel of record.  Kristin A. Regel and The Law Offices of

Kenneth G. Wincorn & Associates, P.C. are **substituted** as counsel for Defendants Butani Capital

Investment Fund II, LLC and Dinesh K. Butani.

**It is so ordered** this 23rd day of February, 2016.

Sam A. Lindsay
United States District Judge